**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SAUNDRA SHEARD** **PLAINTIFF**

**v.** **CASE NO. 4:26-cv-00204-BSM**

**BECKY McHUGHES** **DEFENDANT**

**ORDER**

Saundra Sheard's complaint and amended complaint [Doc. Nos. 1 & 5] are dismissed without prejudice. Sheard is a black women who is suing Becky McHughes of the McHughes Law Firm for employment discrimination under Title VII of the Civil Rights Act of 1964, alleging that while working for McHughes, she was treated differently than similarly situated white employees. Doc. No. 5. Sheard's amended complaint is dismissed because it has two key deficiencies. First, it fails to allege that McHughes has a sufficient number of employees to be subject to Title VII. 42 U.S.C. § 12111(5)(A) (defendant must employee fifteen or more employees for each working day in each of twenty or more calendar weeks in the current or preceding calendar year to be governed by Title VII). Second, it fails to show that Sheard filed a charge of discrimination with the Employment Opportunity Commission and received a right to sue letter before this case was filed. 42 U.S.C. § 2000e-5(e).

IT IS SO ORDERED this 21st day of August, 2026.

UNITED STATES DISTRICT JUDGE