**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SAUNDRA SHEARD** **PLAINTIFF**

**v.** **CASE NO. 4:26-cv-00204-BSM**

**BECKY McHUGHES** **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of August, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE